IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------x
In re:                                        :   Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,¹             :   Case No. 08-12229 (MFW)
                                              :
                        Debtors.              :   Jointly Administered
---------------------------------------------x
JPMORGAN CHASE BANK,                          :
NATIONAL ASSOCIATION,                         :
                                              :
                                              :   Civil Action No. 1:09-cv-734-GMS
                        Appellant,            :
                                              :   Bk. Adv. No. 09-50551
            v.                                :
                                              :
WASHINGTON MUTUAL, INC. AND                   :
WMI INVESTMENT CORP.,                         :
                                              :
                        Appellees.            :
---------------------------------------------x
```

**APPELLEES' DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed.R.Bankr. 8006, in addition to those pleadings designated by JPMorgan Chase Bank, National Association, the Appellees designate for inclusion in the record on appeal the following items, including any attachments thereto, filed in *JPMorgan Chase Bank, National Association v. Washington Mutual, Inc. and WMI Investment Corp.*, Adv. Pro. No. 09-50551 (MFW):

---

¹    The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

|   | Title | Date Filed | Docket No. |
|---|---|---|---|
| 1. | Debtors' Motion for Leave to File a 5-Page Sur-Reply in Further Opposition to the Motion of JPMorgan Chase Bank, N.A. for Withdrawal of the Reference of the Adversary Proceedings Filed by Washington Mutual, Inc., and WMI Investment Corp. | 7/24/2009 | 104 |
| 2. | Order Regarding Core/Non-Core Issue with Respect to Motion for Withdrawal of the Reference | 8/31/2009 | 134 |

WHEREFORE, the Appellees respectfully request this Court to include the aforementioned items designated, for inclusion on appeal.

Dated: October 8, 2009
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/ Neil R. Lapinski
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
Theodore A. Kittila (DE Bar No. 3963)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: tak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*