**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------- x | |
| *In re* : | |
| : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] : | |
| : | Case No. 08-12229 (MFW) |
| Debtors. : | |
| : | Jointly Administered |
| ------------------------------------------------------- x | |
| JPMORGAN CHASE BANK, NATIONAL : | |
| ASSOCIATION, : | |
| : | Adversary No. 09-50551 (MFW) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WASHINGTON MUTUAL, INC. AND : | |
| WMI INVESTMENT CORP., : | |
| : | |
| Defendant, : | **Related Docket Nos. 146, 151** |
| and : | |
| : | |
| THE OFFICIAL COMMITTEE OF : | |
| UNSECURED CREDITORS OF : | |
| WASHINGTON MUTUAL, INC. AND : | |
| WMI INVESTMENT CORP., : | |
| : | |
| Intervenor-Defendant, : | |
| and : | |
| : | |
| FEDERAL DEPOSIT INSURANCE : | |
| CORPORATION, : | |
| : | |
| Additional Defendant. : | |
| : | |
| ------------------------------------------------------- x | |

*(caption continued onto next page)*

---

[1]   The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

```
------------------------------------------------------  x
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                 Plaintiffs,                            :   Adversary No. 09-50934 (MFW)
        and                                             :
                                                        :
THE OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF                                  :
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                 Intervenor-Plaintiff,                  :
                                                        :
        v.                                              :
                                                        :
JPMORGAN CHASE BANK, NATIONAL                           :
ASSOCIATION,                                            :
                                                        :
                 Defendant,                             :   Related Docket Nos. 161, 170
                                                        :
        and                                             :
                                                        :
FEDERAL DEPOSIT INSURANCE                               :
CORPORATION,                                            :
                                                        :
                 Intervenor-Defendant.                  :
                                                        :
------------------------------------------------------  x
```

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTORS' RESPONSE TO NOTICE OF DIVESTITURE OF JURISDICTION PENDING APPEALS OF JPMORGAN CHASE BANK, N.A.

The Official Committee of Unsecured Creditors (the "Committee") of Washington Mutual, Inc. and WMI Investment Corp. (the "Debtors"), as a party-in-interest pursuant to 11 U.S.C. § 1109(b), and an intervenor-defendant in Adversary Proceeding No. 09-50551 (the "JPM Adversary Proceeding"), and an intervenor-plaintiff in Adversary Proceeding No. 09-50934 (the "Turnover Action"), collectively with the JPM Adversary Proceeding, the "Adversary Proceedings," hereby joins in the Debtors' filing entitled "Response to Notice of Divestiture of

2

#11529559 v1

Jurisdiction Pending Appeals of JPMorgan Chase, N.A." (the "Response"), filed September 24, 2009, adopting as its own the arguments contained therein. Defendant JPMorgan Chase, N.A.'s ("JPMC") appeals are of non-final interlocutory orders that do not qualify for the collateral order doctrine. Consequently, neither JPMC's pending appeals nor its Notice of Divestiture Pending Appeals divests this Court of its jurisdiction in the Adversary Proceedings. Accordingly, for the reasons set forth in the Response, the Committee joins in the Response that this Court has not been divested of its jurisdiction to adjudicate the Adversary Proceedings.

Dated:   Wilmington, Delaware
         September 24, 2009

**PEPPER HAMILTON LLP**

By:  /s/  *David B. Stratton*_____
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 777-6500
Fax:  (302) 421-8390

and

Laurence Z. Shiekman
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Tel:  (215) 981-4000
Fax:  (215) 981-4750

Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*