IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | Cast No. 08-12229 (MFW) |
| Debtors. | ) | |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | Case No. 09-cv-734 (GMS) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON MUTUAL, INC., and WMI INVESTMENT CORP., | ) | |
| | ) | |
| Appellees. | ) | |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that mediation took place on November 30, 2009 and the parties did not reach a settlement in this matter.

Dated:   December 7, 2009

BIFFERATO LLC

_____
Ian Connor Bifferato (# 3273)
800 N. King Street, Plaza Level
Wilmington, DE 19801

cc:   Neil Lapinski, Esq.
      David B. Stratton, Esq.
      Chun I. Jang, Esq.
      Robert Alan Johnson, Esq.
      Adam G. Landis, Esq.