IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| WASHINGTON MUTUAL, et al. | : | Bankruptcy Case No. 08-12229 MFW |
| Debtors | : | |
| JPMORGAN CHASE BANK, N.A. | : | |
| | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 09-734 GMS |
| | : | |
| WASHINGTON MUTUAL, INC., and WMI INVESTMENT CORP., | : | |
| Appellees. | : | |

### ORDER

WHEREAS, on September 30, 2009, a Notice of Appeal of the Order of Bankruptcy Court entered on September 14, 2009, was filed (D.I. 1);

WHEREAS, on November 20, 2009, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on December 7, 2009, a notice of completion of mediation was filed by Ian Connor Bifferato, Esq. (D.I. 20);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 11, 2010.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

December ___11___, 2009