IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | Bankruptcy Case No. 08-12229 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Appellant,<br><br>v.<br><br>WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP.,<br><br>Appellees. | Civil Action No. 09-734 (GMS) |

## [PROPOSED] ORDER

WHEREAS, on December 11, 2009, the Court ordered the parties to submit a jointly prepared proposed briefing schedule for the Court's consideration; and

WHEREAS, on January 8, 2010, the parties filed a Notice of Joint Proposed Briefing Schedule;

IT IS HEREBY ORDERED that:

The Appellant's opening brief will be due on January 25, 2010;

The Appellees' brief will be due on March 1, 2010; and

The Appellant's reply brief will be due on March 17, 2010.

Dated: January _____, 2010
      Wilmington, Delaware

                                                _____
                                                Honorable Gregory M. Sleet
                                                Chief Judge, United States District Court