Dbt f !2;1: .dw.11767.HN T!!!Epdvn f ou33.2!!!!Gjrhe!15(27(21!!!Qbhf !2!pg21

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | Case No. 08-12229 (MFW) |
| Debtors. | |
| | |
| JPMORGAN CHASE BANK, N.A., | |
| Appellant, | No. 1:09-cv-0615-GMS |
| v. | BK Adv. Proc. No. 09-50551 |
| | BK AP No. 09-0063 |
| WASHINGTON MUTUAL, INC., et al., | |
| Appellees. | |
| | |
| JPMORGAN CHASE BANK, N.A., | |
| Appellant, | |
| | No. 1:09-cv-00734-GMS |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| Appellees. | Adv. Proc. No. 09-50551 |
| | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |
| Plaintiff, | |
| v. | Civil Action No. 09-656 (GMS) |
| WASHINGTON MUTUAL INC., WMI INVESTMENT CORP. | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION | |
| Defendants. | |

Dbt f !2;1: .dw.11767.HN T!!!Epdvn f ou33.2!!!!Gjrne!15(27021!!!Qbhf !3!pg21

## ORDER

AND NOW, this _19th_ day of _____April_____, 2010, upon consideration of the Stipulation

to Stay of Appeals filed in this matter, it is hereby

ORDERED, that the Stipulation to Stay of Appeals, a copy of which is annexed hereto as
_as amended;_
Exhibit 1, is approved; and it is further

ORDERED that the above-captioned proceedings before this Court are hereby stayed for

thirty (30) days.; _and it is further_
_ORDERED that the parties, shall report in writing on the status_
_of this matter prior to the expiration of the 30 day stay approved by_
Dated: _____, 2010 _the court._

_____
Chief United States District Judge

6

Dbt f !2;1: .dw.11767.HN T!!!Epdvn f ou33.2!!!!Gjrfme!15l2702121!!!Qbhf !4!pg21

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*, | |
| Debtors. | Case No. 08-12229 (MFW) |

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Appellant, | No. 1:09-cv-0615-GMS |
| v. | BK Adv. Proc. No. 09-50551 |
| | BK AP No. 09-0063 |
| WASHINGTON MUTUAL, INC., *et al.*, | |
| Appellees. | |

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Appellant, | |
| | No. 1:09-cv-00734-GMS |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| Appellees. | Adv. Proc. No. 09-50551 |

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |
| Plaintiff, | |
| v. | Civil Action No. 09-656 (GMS) |
| WASHINGTON MUTUAL INC., WMI INVESTMENT CORP. | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION | |
| Defendants. | x |

Dbt f !2;1: .dw 11767. HN T !!!Epdvn f oU33 !!!!Gjrfe !15(27(21 !!!Qbhf !3!pg8

## STIPULATION TO STAY OF APPEALS

WHEREAS, on March 12, 2010, counsel to Washington Mutual, Inc. (together with WMI Investment Corp., the "Debtors") announced on the record before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") that they had reached an understanding with JPMorgan Chase Bank, N.A. ("JPMC") and the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC Receiver"), subject to definitive documentation and other conditions, that would potentially resolve all of their disputes, including the above-referenced proceedings before this Court (the "Actions").

WHEREAS, although the Parties are optimistic that they will be successful in finalizing their agreement, there is no absolute certainty in this regard or that the Bankruptcy Court will approve any agreement presented to it.

WHEREAS, the Parties are submitting this Stipulation to preserve the status quo while they attempt to finalize their proposed settlement, and this Stipulation is not evidence of any Party's agreement or lack of agreement to any such settlement or to any term thereof.

NOW THEREFORE, subject to the approval of the Court, in furtherance of the Court's Order directing the parties to file a Stipulation Staying these Matters for 30 days in lieu of the Letter Request to Stay [D.I. 42], the Parties, by and through their undersigned counsel, agree and stipulate to stay all of the above-captioned proceedings before this Court for thirty (30) days from the date of this Stipulation, ~~or until any party notifies the Court that the action should no~~ *per J. H 4/19/10*

~~longer be stayed.~~ *The parties shall report in writing on the status of this matter prior to the expiration of the 30 day stay approved by the court. J mf.*

*4/19/10*

2